IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANN-MARIE DE SOUZA,

   Plaintiff,

    v.

EMC MORTGAGE CORPORATION, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-906-TWT

### ORDER

This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. The Plaintiff's Motion to Transfer [Doc. 4] is DENIED as moot.

SO ORDERED, this 7 day of June, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\De Souza\r&r.wpd